# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL HAMMOND  ) Civil No. 3:CV-12-0242
   Plaintiff  )
v.  ) (Judge Mariani)
B.A. BLEDSOE, et al.,  )
   Defendants  )

FILED
SCRANTON
NOV 1 6 2012
PER _____ DEPUTY CLERK

## Plaintiff motion in support of Plaintiff motion for protection

Plaintiff M. Hammond pro se would like to allow this honorable court to know that Plaintiff receive a copie of a civil Docket for case #: 3:12-cv-00242 at Plaintiff request. According to court Record 45 Plaintiff statement of Facts Re 36 Statement of Facts (Attachment: #)

## FACTS

Plaintiff M. Hammond mail is being ____, with by un name defendants. Plaintiff can not tamper, Represent him self without the protection from this court. Plaintiff is always in fear of staff and other inmate doing something to him. All Plaintiff inmate Request to staff for a new cellmate has been ignore. Plaintiff has sent a number of inmate request to case manager D. Baysor for a new cell assignment and she always come to Plaintiff assign cell and say I am not Brewer she is talking about defendant D. Brewer. Which allow Plaintiff to know that she is acting on behave of defendant D. Brewer. Case manager D. Baysor

Also told my cellmate to go ahead and have his way with me nobody gives a fuck. The Court should also note that this is the same thing that happen when Plaintiff refus to return back to his cell. The court should also note that Plaintiff life is Real danger. The unit officers always tamper with Plaintiff mail. The Court should Grant protection for Plaintiff to stop the cruel and unusual punishment. Grant Protection is the only way Un name defendants action on behave of all the defendants in this case. I am unable to send the defendant Attorney a copy of this motion due to un name B.O.P staff has took all my money out of my inmate account and charged me for DHO sanctions and a number of other thing that Plaintiff has no knowleds of. Grant Protection is the only way.

Michael Hammond Reg.No#43430083
United States Penitentiary Lewisburg
P.O.Box 1000
Lewisburg PA 17837
Date: November 12, 2012

Michael Hammond

Inmate Name: Michael Hayward
Register Number: 43430-083
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Vs Wetzel

Legal Mail

RECEIVED
NOV 16 2012
PER ANDREA CLERK
DEPUTY CLERK

Date: November 12, 2012

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WILLIAM J. NEALON FEDERAL BLDG. & U.S. Courthouse
235 NORTH WASHINGTON AVE.
P.O. Box 1148
SCRANTON, PA 18501-1148

HARRISBURG PA 171
14 NOV 2012 PM 3 L

FILED
SCRANTON
NOV 16 2012
PER _____
DEPUTY CLERK