# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL HAMMOND  
    Plaintiff,  
  v.  
B.A. BLEDSOE, et al.,  
    Defendants

CIVIL NO. 3:CV-12-0242

(Judge Martin C.)

FILED  
SCRANTON  
DEC 28 2012  
PER ___ DEPUTY CLERK

## Plaintiff Motion in support of seeking protection

Plaintiff life is in danger. Plaintiff has beg and plead with the Defendants to protect him from a number of group of dangerous inmates. The Bloods - All DC inmates and all GD's. Due to the fact that Plaintiff has reported rape on other inmates and Plaintiff has filed a number complaints on the above Defendants in this case. The Defendants in this case has continue to ignor Plaintiff humable request to not cell with any well known Bloods - All DC inmates and GD's. The Defendants express to this court they had no knowledge of Plaintiff life being in danger. USP Lewisburg is a very sensitive and dangerous environment. Plaintiff is in the cell with inmate Jake Keels Reg. No. #43633-037 A well known Blood who dont want to be in the cell with me due to I am gay. The Defendant has made it known the only how they move one of us if we fight. For the record Plaintiff seek protection.

I dont have any money to send the Defendant Lawyer a copy. They will not give me any more stamps so I got to sale my food to get stamps.

(2)

Everything that Plaintiff has express is the truth

Date: December 24, 2012

Michael Hammond
United States Penitentiar Lewisburg
P.O. BOX 100
Lewisburg PA 17837

_Michael Hammond_
_____

Plaintiff don't have money to send the Defendants Attorney Melissa Swauger a copy of this motion. Due to un~~name~~ B.O.P. staff acting on behave of the Defendants in this case to have Plaintiff suffer as much as possible

Inmate Name: Mr. Michael Hammond
Register Number: 73450-083
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

LEGAL MAIL

Office of the Clerk
United States District Court
Middle Distict of Pennsylvania
William J. Nealon Federal Bldg. and US Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton PA 18501