# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Michael Hammond  
    Plaintiff

v.

B.A. BLEDSOE et. al.  
    Defendants

Civil No. 3:CV-12-0242

(Judge Martin C. Carlson)

**FILED SCRANTON**  
FEB 22 2013  
PER ____ / DEPUTY CLERK

## Plaintiff Motion for Protection

Come Now this Honorble Court of Middle District Of Pennsylvania. I the pr se Plaintiff michael Hammond who is confind at United States Penitentiary Lewisburg Special Confinement Unit For the F.B.O.P. Plaintiff need propections from the above Defendants

## Facts

Date: February 14, 2013 time 7:27 am on the date and time Defendant M. Hess who escort inmates back and forward from the inmate assign cell to the neBessary rec cage. Defendant M. Hess has made a number of inapporpriet and threaten remarks towards Plaintiff inregards to Lawsuit pending against him and other B.O.P. Officials Plaintiff can not and has continue to live in Real fear and will not have a successful opportunity to complet this special confinement uni' in one peace. Plaintiff has ask the B.O.P. to protect him f   all well known DC inmates. All well known Bloods and G.D. P. disregard Plaintiff request due to Plaintiff hns dhs pending.

## Facts inregards to Plaintiff need Profection

Date: February 16 2013 Time 7:27am on the above date and approximate time of 7:27am I the Plaintiff Michael Hammond was experiencing Hight Blood sugar (Hyperglycemia) I the Plaintiff was experiencing blurred vision leg cramps - headache frequent urination. I Plaintiff M. Hammond was in the shower attempting to get myself to feel a little better due to the hyperglycemia I experiencing the night before. I the Plaintiff got out of the shower I notice nurse Dees has pass my cell already and when I and other inmate was calling her back, she nurs Dees never respon I the Plaintiff ask the unit OJC can he call her back because I did not get my insulin The OJC came back to my assign cell and said nurse Dees say she is not come to give me my much needed insulin. On or about 11-4-2012 McClintock D.EMT-P walk pass my assign cell 215 inside 2-unit because Plaintiff was not standing in his door way. According to the supreme court that is a violation of the constitution. Prison Official only violate the constitution when they intentionally deny or delay access to medical care provide grossly inadequate treatment or intentionally interfere with presibed treatment Which is the case here by walking away from Plaintiff assign cell without given him his medication that is interfering with prescibed treatment. Medical staff only treat Plaintiff this way. The court should provide Plaintiff with Protections. Plaindiff can not get treated fairly By B.O.P. Staff. Everything that I have express is the true.

Michael Hammond Reg. No. 43430083
United States Penitentiary
P.O. Box 1000
Lewisburg PA 17837

*Michael Hammond*
Date: February 2013

Due to Plaintiff dont have any money Plaintiff is unable to send the Defendant Attorney a coppy. Only copy to the court



Inmate Name: Mr. Michael Hammond
Register Number: 43630-063
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

2/18/13

HARRISBURG PA 171
20 FEB 2013 PM 1 L

RECEIVED
FEB 2 0 2013
FEDERAL
Legal SCRANTON
Mail      FEB 22 2013
          PER_____ DEPUTY

Office of The Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal BLDG and U.S. Court House
235 North Washington Avenue
P.O. Box 1148
SCRANTON PA 18501-1148

18501+1148