IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL HAMMOND,

    Plaintiff,

v.

B.A. BLEDSOE, et al.,

    Defendants.

Civil Action No. 3:12-CV-00242

(Judge Mariani)

## ORDER

**AND NOW, TO WIT, THIS 25TH DAY OF OCTOBER 2013,** for the reasons set forth in the foregoing Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Doc. 32) is **GRANTED.**

2. Plaintiff's Motion for Protective Order (Doc. 61) is **DISMISSED AS MOOT.**

3. Plaintiff's Motion for Emergency Temporary Restraining Order (Doc. 72) is **DENIED.**

4. **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF.**

5. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge